LOUIS BOSSERT et al., Appellants, *v.* HENRY E. Fox et al., Respondents.

*Bossert* v. *Fox,* 89 App. Div. 7, affirmed.
(Argued January 16, 1905; decided January 31, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 21, 1903, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Edward L. Blackman* and *Alfred B. Cruikshank* for appellants.

*Frank M. Avery* and *Edgar J. Phillips* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant and Respondent, *v.* VINCENZO SCHIAVI, Respondent and Appellant.

*People* v. *Schiavi,* 96 App. Div. 479, appeal dismissed.
(Argued January 17, 1905; decided January 31, 1905.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 6, 1904, which reversed a judgment of the Steuben County Court rendered upon a verdict convicting the defendant of the crime of assault in the first degree and granted a new trial.

*Almon W. Burrell* for plaintiff, appellant and respondent.

*James O. Sebring* for defendant, respondent and appellant.

Appeal dismissed; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.